AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) Case No. | 2:15-mj-661-GWF |
| ARIEL MILLER | ) | |
| | ) Charging District: | Central District of California |
| Defendant | ) Charging District's Case No. | 2:15-mj-1463-DUTY |

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 13 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court of California - Central District<br>312 North Spring Street<br>Los Angeles, CA 90012-4701 | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Aug 13, 2015

_____
Judge's signature

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*